UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✓) |
|---|---|---|
| TELEPHONE ( ) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL (✓) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Wednesday, September 5, 2007 @ 1:00 p.m.

CASE NUMBER: 3:CV-07-1410

CAPTION:     Wharton v. City of Pittston.

COUNSEL FOR PLAINTIFF:        David J. Gromelski, Esquire
                              George A. Reihner, Esquire

COUNSEL FOR DEFENDANT:        Sean P. McDonough, Esquire

---

**CONFERENCE RESULTS:**

♦   Initial discovery to run for sixty (60) days;

♦   Will have another status conference to find out where we are going.